```
 1  ED DUNLAVEY
    NATIONAL PARK SERVICE
 2  Law Enforcement Office
    P.O. Box 517
 3  Yosemite, California 95389
    Telephone: 209-372-0243
 4

 5

 6                   UNITED STATES DISTRICT COURT

 7                   EASTERN DISTRICT OF CALIFORNIA

 8
    UNITED STATES GOVERNMENT,     )   CASE NUMBER:6:10-mj-00007-YNP
 9                                )
            Plaintiff             )
10                                )   STIPULATION TO CONTINUE
        vs.                       )   STATUS CONFERENCE; AND
11                                )   ORDER THEREON
                                  )
12  ERIC HILVERDA,                )
                                  )
13          Defendant             )
    _____ )
14
```

15      IT IS HEREBY STIPULATED by and between Susan St. Vincent,

16 acting Legal Officer for the National Park Service and Defendant,

17 ERIC HILVERDA, and his Attorney of Record, Jeremy Kroger, that

18 the status conference in the above-captioned matter currently

19 scheduled for March 2, 2010, be continued until April 20, 2010.

20

21 Dated: February 25, 2010        By: /S/ Susan St. Vincent
                                       SUSAN ST. VINCENT
22                                     Acting Legal Officer for
                                       National Park Service
23

24

25 Dated: February 25, 2010        By: /S/ Jeremy Kroger
                                       JEREMY KROGER
26                                     Attorney for Defendant
                                       ERIC HELVERDA
27

28

                                 1

*** * * ORDER * * ***

   The Court, having reviewed the above request for a continuance of the status conference currently set for March 2, 2010 until April 20, 2010, HEREBY ORDERS AS FOLLOWS:

   1.   The status conference in the matter of U.S. v. Hilverda, shall be continued to April 20, 2010 at 10:00a.m..

IT IS SO ORDERED.


Dated:  March 1, 2010              /s/ Sandra M. Snyder
                         UNITED STATES MAGISTRATE JUDGE